Thomas Edwin ALLEN

v.

HENRY EVERS, INC.

No. 79–290–A.

Supreme Court of Rhode Island.

Dec. 20, 1979.

James P. Flynn, North Kingstown, for appellant.

Chisholm & Feldman, Howard L. Feldman, Providence, for appellee.

ORDER

The employer's motion to dismiss this appeal is denied as moot.

DORIS, J., did not participate.

Lawrence N. CANNONE

v.

STATE.

No. 79–465–M.P.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Edmond A. DiSandro, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Richard B. Woolley, Special Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

Francis J. CONLON

v.

LEBANON KNITTING MILLS.

No. 78–149–A.

Supreme Court of Rhode Island.

Dec. 20, 1979.

John F. McBurney, Pawtucket, for petitioner.

Robert C. Hogan, Warwick, for respondent.

ORDER

The petition for counsel fee is granted and counsel is awarded a fee of $750 for services performed on behalf of petitioner before this court.

DORIS, J., did not participate.